IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| AYESHA MOSLEY | CIVIL ACTION |
|---|---|
| v. | NO. 20-5062 |
| LANKENAU HOSPITAL, MAIN LINE HEALTH, INC., MAIN LINE HOSPITALS, INC. | |

## ORDER

**AND NOW, TO WIT:** This 5th day of February, 2021, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs.

**KATE BARKMAN**, Clerk of Court

**BY:** s/ Lori K. DiSanti
Lori K. DiSanti
Deputy Clerk

O:\CIVIL 20\20-5062 MOSLEY V LANKENAU HOSPITAL\20CV5062 41B ORDER 02052021.DOCX